IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY BOBADILLA,**<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**GARY KNIGHT,**<br><br>　　　　　　　　Defendant. | Case No. 2:18-cv-01778-JAM-KJN (PC)<br><br>~~[PROPOSED]~~ ORDER |

Defendant Knight seeks a first extension of time in which to respond to plaintiff's requests for admissions and request for production of documents. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant Knight's request (ECF No. 18) is granted; and

2. Defendant Knight is granted up to an including April 28, 2019 to serve defendant's response to plaintiff's request for admissions and request for production.

Dated: March 26, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

boba1778.ext