1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY BOBADILLA,                      No.  2:18-cv-1778 JAM KJN P

12                    Plaintiff,

13          v.                                ORDER

14    GARY KNIGHT,

15                    Defendant.

16

17          Plaintiff is a state prisoner, proceeding without counsel.  On July 12, 2019, defendant filed

18    a motion for summary judgment.  On August 20, 2019, plaintiff was ordered to file an opposition

19    to the motion within sixty days.  On September 13, 2019, plaintiff filed a motion for access to his

20    property because he was transferred on August 2, 2019, and still has not received his property

21    from Salinas Valley State Prison.  (ECF No. 40.)  His motion was signed on September 10, 2019.

22          Plaintiff apparently cannot oppose the pending motion without access to his property.

23    Therefore, counsel for defendant is directed to inform the court, within fourteen days, whether

24    plaintiff has been provided his property.  If plaintiff has not been provided his property, counsel

25    shall advise what steps have been taken to obtain plaintiff's property from Salinas Valley State

26    Prison.

27          Accordingly, IT IS HEREBY ORDERED that:

28          1.  Plaintiff's motion (ECF No. 40) is granted; and

1    2. Within fourteen days from the date of this order, counsel for defendant shall file a

2    status report as set forth above.

3    Dated: September 20, 2019

4    _____

5    KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

6    /boba1778.prop

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28