UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOBADILLA, | No. 2:18-cv-1778 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| GARY KNIGHT, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. Plaintiff filed objections to the findings and recommendations. Defendant did not file a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 20, 2020, are adopted in full;

2. Defendant's motion for summary judgment (ECF No. 31) is granted on the ground that defendant is entitled to qualified immunity in connection with plaintiff's retaliation claim;

3. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims, which are dismissed without prejudice; and

4. This action is terminated.

DATED: September 9, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE